Spring 1811.
First District.

DEBON, CURA-
TOR &c.
vs.
BACHE & AL.

---

*DEBON, CURATOR &c.* vs. *BACHE & AL. Ante* 160.

Transfer of property, in fraud of the insolvent's creditors, void.

*By the Court.* The Spanish authorities cited support the plaintiff. This was not a payment, in the ordinary course of business, but a transfer of property, uncalled for by the defendants who, tho' they pressed for the payment, appeared to

have no notice of their debtor's circumstances, till the receipt of the instrument intended to vest the property in them, and therefore, cannot be presumed to have solicited the assignment— This, therefore, was a deliberate disposal of property, after the transferor had become insolvent, with a view of giving the transferees an undue advantage over the other creditors, and is consequently a fraud on them, and void.

SPRING 1811.
First District.

JUDGMENT FOR THE PLAINTIFFS.